IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRAIRIE VENTURES, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW D. LIOTTA, VERN KENNEDY, and GERARD GUNTHERT,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br><br>1:16-CV-02966-MHC |

**ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT AS TO DEFENDANTS GUNTHERT AND KENNEDY**

For good cause shown, the Court hereby GRANTS the Joint Motion to Dismiss Defendants Gerard Gunthert and Vern Kennedy and For Entry of Bar Order filed by Plaintiff Prairie Ventures, L.L.C. ("Plaintiff") and Defendants Gerard Gunthert ("Gunthert") and Vern Kennedy ("Kennedy"). IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All claims asserted by Plaintiff against Gunthert and Kennedy in this action are hereby dismissed with prejudice. Gunthert and Kennedy are dismissed with prejudice and dropped as parties to this action. Plaintiff's claims against Defendant Matthew D. Liotta are unaffected by this Order.

2. Pursuant to 15 U.S.C. § 78u-4(f)(7), Gunthert and Kennedy are discharged from all claims for contribution brought by other persons. This Order constitutes the final discharge of any and all obligations of Gunthert and Kennedy to Plaintiff arising out of this action. This Order also bars any and all future claims for contribution arising out of this action (i) by any person against Gunthert and/or Kennedy, and (ii) by Gunthert and/or Kennedy against any person other than a person whose liability has been extinguished by Gunthert and Kennedy's settlement.

3. Without limiting the foregoing, all persons, including but not limited to non-settling defendant Matthew D. Liotta and any other person or entity later named as a party in this action, are hereby permanently BARRED, ENJOINED and RESTRAINED from commencing, prosecuting, or asserting any claim for contribution or indemnification (whether contractual or otherwise) against Gunthert and/or Kennedy or any other claim against Gunthert and/or Kennedy where the injury to such entity/individual is any person's actual or threatened liability to Plaintiff, including but not limited to any amounts paid in settlement of such actual or threatened liability, or any other costs or expenses (including attorneys' fees) incurred in connection with such actual or threatened liability.

4. Gunthert and Kennedy are hereby permanently BARRED, ENJOINED and RESTRAINED from commencing, prosecuting, or asserting any claim for contribution or

indemnification (whether contractual or otherwise) against other persons, including but not limited to non-settling defendant Matthew D. Liotta and any other person or entity later named as a party in this action, or any other claim against other persons where the injury is Gunthert and/or Kennedy's actual or threatened liability to Plaintiff, including but not limited to any amounts paid in settlement of such actual or threatened liability, or any other costs or expenses (including attorneys' fees) incurred in connection with this action.

5. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction to enforce the provisions of the bar orders herein.

SO ORDERED this 9th day of February, 2016.

Mark H. Cohen

MARK H. COHEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA